IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BIES | Magistrate No. 22-1108<br>**[UNDER SEAL]** |

## O R D E R

AND NOW, to wit, this 12th day of August, 2022, upon consideration of the within Motion to Seal Complaint and Arrest Warrant, it is hereby ORDERED that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal issued at Magistrate's No. 22-1108 be sealed until further Order of Court.

HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney