AO 91 (Rev. 11/11)   Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| ADAM BIES | ) | 22-mj-1108 |
| | ) | |
| | ) | **[UNDER SEAL]** |
| | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT
# BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 8, 2022 to August 12, 2022   in the county of   Mercer   in the
Western   District of   Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 115(a)(1)(B) | Influencing, Impeding or Retaliating against Federal Law Enforcement Officers |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Gregg Frankhouser
*Complainant's signature*

Gregg Frankhouser, Special Agent, FBI
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:   08/12/2022

*Judge's signature*

City and state:   Pittsburgh, PA

Maureen P. Kelly, United States Magistrate Judge
*Printed name and title*