IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ADAM BIES

Magistrate's No. 22-1108

ORDER

AND NOW, to wit, this 15th day of August, 2022, it appearing to the Court that an Arrest Warrant for the above-captioned individual has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Complaint, Arrest Warrant and Affidavit remain sealed,

IT IS HEREBY ORDERED that the Complaint, Arrest Warrant and Affidavit filed at the above number and sealed on August 12, 2022, be unsealed as of August 15, 2022.

_____
HONORABLE MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE