RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA vs **ADAM BIES** | MAGISTRATE'S DOCKET # **22-1108** <br> DATE OF COMPLAINT **8-13-22** <br> CRIMINAL DOCKET NUMBER <br> DATE OF INDICTMENT <br> STATUTE: |

DATE ARRESTED: **8-13-22**

### INITIAL APPEARANCE

Before Magistrate: [X] LENIHAN  [ ] MITCHELL  [ ] EDDY  [ ] KELLY  [ ] BAXTER  [ ] PESTO

Date: **8/15/22**   Time: **2:00 PM**   Cassette Tape #: ___   Tape Index: ___

U.S. ATTORNEY: **Shawn Sweeney**

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [X] Read   [X] Summarized   [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [X] Read   [X] Summarized   [ ] Reading waived

4. COUNSEL
   - [X] Defendant requested appointment   [ ] Defendant waived appointment
   - [X] Defendant represented by: **Linda Cohn for procedural purposes**
   - [ ] Defendant expects to retain: ___
   - [X] Affidavit executed
   - [ ] Not Qualified   [X] Qualified   [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender ~~appointed~~ **to be appointed.**
   - [ ] CJA Panel Attorney ___ appointed

5. BAIL
   - Recommended Bond: ___
   - Bond Set at: ___
   - [ ] By Consent   Additional Conditions Imposed: ___
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued   [ ] Final Commitment issued
   - [ ] Bond Review Hearing Set For: ___
   - [X] Detention Hearing Set For: **8/18/22 at 3:30 PM before Judge Lenihan via video**

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - [X] Preliminary Exam/~~Rule 40/Arraignment~~ set for: **8/18/22 @ 3:30** Before Magistrate **LISA LENIHAN VIA VIDEO**

ADDITIONAL COMMENTS: The Defendant agreed to participate in this hearing via video conference.