AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   Criminal No.  **22 - 1108 M** |
| **ADAM BIES** | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: ~~700 Grant Street~~ ~~Pittsburgh, PA 15219~~  **VIA VIDEO** | Courtroom No.: via video before Judge **Lenihan** |
|---|---|
| | Date and Time: **August 18, 2022 at 3:30 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: **8/15/22**

_____
Judge's signature

Lisa Pupo Lenihan, United States Magistrate Judge
*Printed name and title*