# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ADAM BIES ) | Criminal No. 2:22-cr-200 <br> (18 U.S.C. §§ 115(a)(1)(B), <br> 115(b)(4), 875(c)) |

## INDICTMENT

The grand jury charges:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. The defendant, ADAM BIES, was a resident of Mercer County, in the Western District of Pennsylvania.

2. Agents of the Federal Bureau of Investigation ("FBI"), an investigative agency of the United States Department of Justice, were authorized by law to engage in the prevention, detection, investigation, and prosecution of violations of federal law.

3. Gab Social ("Gab") was an internet-based social network that allowed users to post messages to the public using unique screen names.

4. On or about August 8, 2022, the Florida residence of former President Donald J. Trump was searched by agents of the FBI, pursuant to a federal search warrant.

5. The day after that warrant was executed, on or about August 9, 2022, BIES posted to his Gab account: "Is it time for Civil War yet? Seriously, how much longer before we finally do what needs to be done?"

**FILED**

AUG 16 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1

## COUNTS ONE through SEVEN

The grand jury further charges:

6. On or about each of the following dates as set forth by Count, in the Western District of Pennsylvania, the defendant, ADAM BIES, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another; that is, the defendant, ADAM BIES, transmitted through Gab, an internet communication platform, a threat to injure FBI agents:

| Count | Date | Threat to Agents |
|---|---|---|
| One | August 12, 2022 | "Come and get me you piece of shit feds. I can't wait to watch you bleed out you pedophile scumbags. Every single one of you deserve a painful death." |
| Two | August 12, 2022 | "Come and get me you piece of shit feds. I am going to fucking slaughter you." |
| Three | August 11, 2022 | "I sincerely believe that if you work for the FBI, then you deserve to DIE." |
| Four | August 11, 2022 | "I'm ready for the inevitable. Once you accept reality for what it is instead of what you want or to be you can move on with your life and get prepared for the inevitable outcome. I already know I'm going to die at the hands of these piece of shit child molesting law enforcement scumbags. My only goal is to kill more of them before I drop. I will not spend one second of my life in their custody." |
| Five | August 10, 2022 | "Every single piece of shit who works for the FBI in any capacity, from the director down to the janitor who cleans their fucking toilets deserves to die. You've declared war on us and now it's open season on YOU." |
| Six | August 10, 2022 | "Remember feds, you never banned compound bows and razor tips, and your Kevlar vest will only stop the arrow from coming out your back (after it turns your heart into fajita meat)." |

2

| Count | Date | Threat to Agents |
|-------|------|------------------|
| Seven | August 10, 2022 | "HEY FEDS. We the people cannot WAIT to water the trees of liberty with your blood. I'll be waiting for you to kick down my door." |

In violation of Title 18, United States Code, Section 875(c).

## COUNTS EIGHT through FOURTEEN

The grand jury further charges:

7. On or about each of the following dates as set forth by Count, in the Western District of Pennsylvania, the defendant, ADAM BIES, did threaten to assault and murder FBI agents, with intent to impede, intimidate, interfere with, and retaliate against the agents while they were engaged in, and on account of, the performance of their official duties as follows:

| Count | Date | Threat to Agents |
|---|---|---|
| Eight | August 12, 2022 | "Come and get me you piece of shit feds. I can't wait to watch you bleed out you pedophile scumbags. Every single one of you deserve a painful death." |
| Nine | August 12, 2022 | "Come and get me you piece of shit feds. I am going to fucking slaughter you." |
| Ten | August 11, 2022 | "I sincerely believe that if you work for the FBI, then you deserve to DIE." |
| Eleven | August 11, 2022 | "I'm ready for the inevitable. Once you accept reality for what it is instead of what you want or to be you can move on with your life and get prepared for the inevitable outcome. I already know I'm going to die at the hands of these piece of shit child molesting law enforcement scumbags. My only goal is to kill more of them before I drop. I will not spend one second of my life in their custody." |
| Twelve | August 10, 2022 | "Every single piece of shit who works for the FBI in any capacity, from the director down to the janitor who cleans their fucking toilets deserves to die. You've declared war on us and now it's open season on YOU." |
| Thirteen | August 10, 2022 | "Remember feds, you never banned compound bows and razor tips, and your Kevlar vest will only stop the arrow from coming out your back (after it turns your heart into fajita meat)." |

| Count | Date | Threat to Agents |
|---|---|---|
| Fourteen | August 10, 2022 | "HEY FEDS. We the people cannot WAIT to water the trees of liberty with your blood. I'll be waiting for you to kick down my door." |

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A True Bill,

_____
FOREPERSON

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
JEFFREY R. BENGEL
Assistant United States Attorney
DC ID No. 1018621