CRIMINAL CASE INFORMATION SHEET

2:22-cr-200

Pittsburgh __X__     Erie _____     Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. _X_ All Others

Defendant's name:                Adam Bies

Is indictment waived:            ____ Yes      _X_ No

Pretrial Diversion:              ____ Yes      _X_ No

Juvenile proceeding:             ____ Yes      _X_ No

Defendant is:                    _X_ Male      ____ Female

Superseding indictment or information    ____ Yes      _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited
occurred:                        Mercer

Previous proceedings before
Magistrate Judge:                Maureen P. Kelly

    Case No.:                    22-mj-1108

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | Date arrested or date continuous U.S. custody began: | August 12, 2022 | |
|---|---|---|---|
| | Defendant: | X is in custody | ___ is not in custody |
| | Name of Institution: | Butler County Prison | |
| | Custody is on: | X this charge | ___ another charge |
| | | ___ another conviction | |
| | | ___ State | X Federal |
| | Detainer filed: | ___ yes | X no |
| | Date detainer filed: | | |
| | Total defendants: | 1 | |
| | Total counts: | 14 | |
| | Data below applies to defendant No.: | 1 | |
| | Defendant's name: | Adam Bies | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-7 | 18 U.S.C. § 875(c) | Interstate Threats | X | |
| 8-14 | 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) | Influencing and/or Retaliating Against a Federal Officer by Threat | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: August 16, 2022

/s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621