# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CLERK OF COURT

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                    Case No.: 2:22–cr–00200–WSS

                                                               Judge William S. Stickman

ADAM BIES

                                    Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF ARRAIGNMENT as to *ADAM BIES*. Arraignment set for 8/18/2022 at 03:30 PM via Video Conference before Magistrate Judge Lisa Pupo Lenihan. (sms)

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

August 16, 2022

                                                                       s/ Brandy S. Lonchena, Clerk
                                                                       s/ Sarah Sewall, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.