IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )  CRIMINAL NO. 2:22-cr-00200
)
V. )
)
ADAM BIES )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW this **16th** day of **August**, **2022**, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:    Sarah Levin
                    PA Attorney ID #

_____
Lisa Pupo Lenihan
United States Magistrate Judge