IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 2:22-cr-200

ADAM BIES

ARRAIGNMENT PLEA

Defendant ADAM BIES

being arraigned, pleads  NOT GUILTY

in open Court this  18th  day of

August , 20 22

_Adam Bies 8/18/22_
(Defendant's Signature)

_Sarah Levin 8/18/22_
(Attorney for Defendant)