# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 2:22-cr-00200 |
| v. ) | |
| ) | |
| ADAM BIES ) | |

## DETENTION HEARING
Before Magistrate Judge Lisa Pupo Lenihan

| **PARTY** | **COUNSEL** |
|---|---|
| USA | Jeff Bengel |
| Adam Bies | Sarah Levin |

Date:  August 18, 2022, at 3:30 PM

Court Reporter:  Debi Rowe

Clerk:  Michael Banas

Defendant agrees to participate in this hearing via video. FBI Special Agent Gregg Frankhouser is sworn and testifies. (Govt. Exhibits A, B and C are all admitted) The Defendant proffers the testimony of Mandy Duvall, and the government does not cross examine her. Argument is made.  The Court reviews the four factors of the Bail Reform Act and find that the Defendant is both a flight risk and a danger to the community. The Court also finds that conditions cannot be imposed to reasonably assure the safety of the community, or to reasonably assure the appearance of the Defendant, for the specific reasons set forth on the record. The Defendant is ordered detained.  The appropriate order will be entered.