IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                         Criminal No. 22-200

ADAM BIES

RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant.  Specify:

   See below.

2. Grand Jury testimony of the defendant.  Specify:

   Not applicable.

3. Defendant's prior criminal record attached.

   ☐ Yes        ☒ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

5. Reports of relevant physical or mental examinations and scientific tests.  Specify:

   N/A

6. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant.  The following exculpatory material is being disclosed at this time:

7. The following additional information also is being provided at this time:

- Records received from Gab and emergency disclosure request
- Three FBI 302s, including report of interview with defendant
- Two reports of evidence entry and property receipt
- Criminal complaint, residence warrant, Gab warrant, and supporting affidavits
- Advice of rights waiver
- Screenshots of communications from defendant's phone

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Jeffrey Bengel*
Assistant U.S. Attorney

August 25, 2022
Date

Receipt acknowledged by:

/s/ Sarah Levin
Counsel for Defendant

2022-08-26
Date

Original to Magistrate
Copy for Defendant and USA