IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 22-200 |
| ) | |
| ADAM BIES    ) | |

POSITION OF GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by and through its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant U.S. Attorney for said district, and files the following Position of the Government with Respect to Sentencing Factors: The government has no objections, additions or modifications to the Presentence Report.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

s/ Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412/894-7424; 412/894-7311 (facsimile)
DC ID No. 1018621